UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO: 2:20-CV-00949

DAVID POSCHMANN,

    Plaintiff,

v.

CLEWISTON MARINA, INC.,

    Defendant.
_____/

## NOTICE OF RESOLUTION

The parties, Plaintiff DAVID POSCHMANN and Defendant CLEWISTON MARINA, INC., by and through their undersigned counsel and pursuant to Local Rule 3.09, hereby give notice that they have agreed to a settlement of all issues, including fees and costs, in this matter. The Parties have executed a settlement agreement and expect to file a stipulation of dismissal within twenty-one (21) days. No further action by the Court is requested at this time.

| | |
|---|---|
| By: _s/_ Drew M. Levitt_____<br>Drew M. Levitt<br>Lee D. Sarkin<br>4700 NW Boca Raton Boulevard<br>Suite 302<br>Boca Raton, FL 33432<br>Tel:  561-994-6922<br>Fax:  561-994-0837<br>Lsarkin@aol.com | By: _s/. Dori K. Stibolt_____<br>Dori K. Stibolt<br>Fox Rothschild LLP<br>777 South Flagler Drive<br>Suite 1700 - West Tower<br>West Palm Beach, FL 33401<br>561/835-9600<br>561/835-9602 Fax<br>dstibolt@foxrothschild.com |

Active\120191992.v2-3/3/21

| drewmlevitt@gmail.com<br>*Attorneys for Plaintiff* | *Attorney for Defendant* |
|---|---|

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of March, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:  */s/ Dori K. Stibolt*
Dori K. Stibolt

## SERVICE LIST

*United States District Court*
*Southern District of Florida*
Case No. CASE NO: 2:20-CV-00949

| Drew M. Levitt<br>drewmlevitt@gmail.com<br>Lee D. Sarkin<br>Lsarkin@aol.com<br>4700 NW Boca Raton Boulevard<br>Suite 302<br>Boca Raton, FL 33432<br>Tel:  561-994-6922<br>Fax:  561-994-0837<br><br>*Attorneys for Plaintiff* | Dori K. Stibolt<br>dstibolt@foxrothschild.com<br>FOX ROTHSCHILD LLP<br>777 South Flagler Drive<br>Suite 1700 West Tower<br>West Palm Beach, FL 33401<br>Tel:  561-835-9600<br>Fax:  561-835-9602<br><br>*Attorneys for Defendant Clewiston Marina* |

2

Active\120191992.v2-3/3/21