UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO: 2:20-CV-00949

DAVID POSCHMANN,

    Plaintiff,

v.

CLEWISTON MARINA, INC.,

    Defendant.

_____/

### JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

THE PARTIES, by and through their respective undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41 and this Court's Order [D.E. # 19] hereby stipulate to the dismissal of this action with prejudice. Except as provided in the Parties' Settlement Agreement, each side shall bear its own costs and attorneys' fees.

| By: _s/_ Drew M. Levitt_____ | By: _s/. Dori K. Stibolt_____ |
|---|---|
| Drew M. Levitt | Dori K. Stibolt |
| Lee D. Sarkin | Fox Rothschild LLP |
| 4700 NW Boca Raton Boulevard | 777 South Flagler Drive |
| Suite 302 | Suite 1700 - West Tower |
| Boca Raton, FL 33432 | West Palm Beach, FL 33401 |
| Tel: 561-994-6922 | 561/835-9600 |
| Fax: 561-994-0837 | 561/835-9602 Fax |
| Lsarkin@aol.com | dstibolt@foxrothschild.com |
| drewmlevitt@gmail.com | *Attorney for Defendant* |
| *Attorneys for Plaintiff* | |

120599995

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of March, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:  */s/  Dori K. Stibolt*
Dori K. Stibolt

## SERVICE LIST

*United States District Court*
*Southern District of Florida*
Case No. CASE NO: 2:20-CV-00949

| Drew M. Levitt | Dori K. Stibolt |
|---|---|
| drewmlevitt@gmail.com | dstibolt@foxrothschild.com |
| Lee D. Sarkin | FOX ROTHSCHILD LLP |
| Lsarkin@aol.com | 777 South Flagler Drive |
| 4700 NW Boca Raton Boulevard | Suite 1700 West Tower |
| Suite 302 | West Palm Beach, FL 33401 |
| Boca Raton, FL 33432 | Tel:  561-835-9600 |
| Tel:  561-994-6922 | Fax:  561-835-9602 |
| Fax:  561-994-0837 |  |
|  | *Attorneys for Defendant Clewiston Marina* |
| *Attorneys for Plaintiff* |  |

120599995