UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAVID POSCHMANN,

    Plaintiff,

v.                                    Case No:  2:20-cv-949-JLB-MRM

CLEWISTON MARINA, INC.,

    Defendant.

## ORDER

The parties have filed a Joint Stipulation of Dismissal with Prejudice. (Doc. 20.) The stipulation is self-executing. See Fed. R. Civ. P. 41(a)(1)(A)(ii); Anago Franchising, Inc. v. Shaz, 677 F.3d 1272, 1278 (11th Cir. 2012). Accordingly, the Clerk is **DIRECTED** close the file.

**ORDERED** at Fort Myers, Florida, on March 16, 2021.

*/s/ John L. Badalamenti*

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE